PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 5:03-M-20047** |
| ) | |
| **SIMON K. LEE** ) | |

On September 2, 2003, the above-named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Rick C. Louviere

**RICK C. LOUVIERE**
**Supervising United States Probation Officer**

Dated:   July 18, 2005
         Bakersfield, California
         RCL:dk

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

July 26, 2005
**Date**

Honorable Theresa A. Goldner
United States Magistrate Judge

RCL:dk
Attachment:   Recommendation

Rev. 03/2005
PROB35.MRG